AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sharp, Kevin H. | U.S. District Court for the Middle District of Tennessee | 5/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court for the Middle District of Tennessee
801 Broadway
Suite A820
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Board member | ALS Association, Tennessee |
| 3. | President | Drescher & Sharp, P.C. |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Drescher & Sharp, P.C. - salary | $98,430.00 |
| 2. 2011 | Drescher & Sharp, P.C. - shareholder income | $2,461.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Broker South Real Estate Partners - real estate commission |
| 2. 2011 | Self-employed media training |
| 3. 2011 | McCarthy Jones & Woodard - board member compensation |
| 4. 2011 | Trust # 2 - Trustee fee |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pinnacle Bank (cash accounts) | A | Interest | K | T | | | | | |
| 2. Avenue Bank (cash accounts) | B | Interest | L | T | | | | | |
| 3. McCarthy Jones & Woodard, LLC | F | Distribution | M | U | | | | | |
| 4. Eakin Partners Real Estate Fund II | B | Dividend | K | W | | | | | |
| 5. GBT Dollar General TX Fund | D | Distribution | L | W | | | | | |
| 6. Power in Faith, LLC | A | Distribution | J | W | | | | | |
| 7. Drescher & Sharp, P.C. | C | None | J | V | | | | | |
| 8. Federated Capital Reserves | | None | K | T | | | | | |
| 9. Pershing Govt. Account (Sweep account) | A | Int./Div. | J | T | | | | | |
| 10. Prudential DCA (Sweep Account) | B | Int./Div. | J | T | | | | | |
| 11. Rogers Int'l Raw Material Fund | | None | K | T | | | | | |
| 12. AF-Capital Income Builder (A) | B | Distribution | K | T | | | | | |
| 13. AF-Intermediate Bond Fund of America (A) | B | Distribution | K | T | | | | | |
| 14. AF-New Perspective Fund (A) | A | Distribution | J | T | | | | | |
| 15. AF-The Growth Fund of America (A) | A | Distribution | K | T | | | | | |
| 16. Barclays Bank PLC 8.125% Spon ADR PREF | B | Distribution | K | T | | | | | |
| 17. Blackrock All Cap Global Resources (A) | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock GNMA Portfolio (A) | B | Distribution | K | T | | | | | |
| 19. Blackrock Global Financial Services (A) | | | J | T | Sold | 04/26/11 | J | A | |
| 20. Blackrock Global Opportunities Fund (A) | A | Distribution | K | T | | | | | |
| 21. Blackrock Global Resources Fund (A) | A | Distribution | J | T | | | | | |
| 22. Blackrock US Opportunities Fund (A) | C | Distribution | K | T | Buy (add'l) | 12/14/11 | J | | |
| 23. Prudential Dryden Total Return Bond (A) | A | Distribution | J | T | | | | | |
| 24. First Eagle Sogen Global Fund (A) | A | Distribution | K | T | | | | | |
| 25. First Eagle Sogen Gold Fund (A) | A | Distribution | J | T | | | | | |
| 26. Guggenheim Long Short Int Rate Strat A (RYBSX) | | | L | T | Buy | 02/09/11 | L | | |
| 27. Guggenheim Mid Cap Value A (SEVAX) | | | J | T | Buy | 08/08/11 | J | | |
| 28. Prudential Jennison Natural Resources Fund (A) | | | K | T | Sold (part) | 09/14/11 | J | | |
| 29. Rydex Managed Futures Strategy Fund (A) | | None | K | T | | | | | |
| 30. The Hartford Capital Appreciation Fund (A) | A | Distribution | K | T | | | | | |
| 31. The Hartford Capital Appreciation II (A) | | None | K | T | Sold (part) | 09/14/11 | J | | |
| 32. New American High Income (HYB) | A | Distribution | J | T | Buy | 09/07/11 | J | | |
| 33. Putnam 100 S&P Index | | | J | T | Buy | 09/14/11 | J | | |
| 34. Putnam HIgh Income Securities (PCF) | A | Distribution | J | T | Buy | 08/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TCW Strategic Income (TSI) | A | Distribution | J | T | Buy | 08/22/11 | J | | |
| 36. Thornburg Global Opportunities (A) | A | Distribution | K | T | | | | | |
| 37. Allianz Reward Franklin Income Securities | A | Distribution | | T | Sold | 05/26/11 | J | | |
| 38. Allianz Reward Mutual Shares Securities | A | Distribution | | T | Sold | 05/26/11 | J | | |
| 39. Allianz Reward Templeton Growth Securities | A | None | | T | Sold | 05/26/11 | J | | |
| 40. Allianz Reward Franklin Templeton FS Plus | A | Distribution | K | T | Buy | 12/08/11 | K | | |
| 41. Allianz Reward Franklin US Govt. | A | Distribution | | T | Open | 05/26/11 | J | | |
| 42. | | | | | Closed | 12/08/11 | J | | |
| 43. Allianz Reward-PIMCO VIT Total Return Admin | | | | T | Open | 05/26/11 | J | | |
| 44. | | | | | Closed | 12/08/11 | J | | |
| 45. Allianz Reward-Templeton Global Bond Sec C12 | | | | | Open | 05/26/11 | J | | |
| 46. | | | | | Closed | 05/26/11 | J | | |
| 47. Prudential AST Academic Strategies AA Port | | None | L | T | | | | | |
| 48. Adv Dis Unit 259 Natural Resources UIT | A | Int./Div. | | | | | | | |
| 49. Trust # 2 | | | | | | | | | |
| 50. - CBL & Assoc. PPTYS INC | C | Dividend | M | T | | | | | |
| 51. Pinnacle Bank cash account (Trust #1) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ABA 401(k) Balanced Fund | | None | J | T | | | | | |
| 53. ABA 401(k) Stable Asset Return Fund | | None | J | T | | | | | |
| 54. ABA 401(k) All Cap Index Equity Fund | | None | J | T | | | | | |
| 55. ABA 401(k) International All Cap Equity Fund | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

The value code "V" used for Drescher & Sharp, P.C., item 7, Part VII, is based on an agreed upon value of the shares in the professional corporation as established by the board.

Only ████████ is a trustee on Trust # 2. I have no involvement. ████ I are both trustees on Trust # 1.

| Name of Person Reporting | Date of Report |
|---|---|
| Sharp, Kevin H. | 5/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin H. Sharp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544